IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**WHA**

**C 06 4664**

| UNITED STATES OF AMERICA and RUTH BECK, Revenue Officer, | ) ) ) | NO. |
|---|---|---|
| Petitioners, | ) ) | ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| v. | ) ) ) | |
| DONALD W. CRAIGHEAD, | ) ) | |
| Respondent. | ) ) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on __August 1_____, 2006, it is hereby:

**ORDERED** that respondent DONALD W. CRAIGHEAD appear before this Court on the _28th_ day of _Sept._, 2006, at _11_ .m., in Courtroom No. _9_, _19th_ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why they should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon them as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondents in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

Dockets.Justia.com

1  further

2      **ORDERED** that within twenty-one (21) days before the return date of this Order, respondents
3  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
4  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that
5  the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days
6  before the return date of this Order; that all motions and issues raised by the pleadings will be
7  considered on the return date of this Order, and only those issues raised by motion or brought into
8  controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be
9  considered at the return of this Order, and any uncontested allegation in the petition will be considered
10 admitted.

11     **ORDERED** this ___14th___ day of ___August___, 2006, at San Francisco, California.



Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**