KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7000
    Facsimile: (415) 436-6758
    Email: cynthia.stier@usdoj.gov
Attorneys for the United States of America

RECEIVED
06 SEP 27 AM 10: 43
CLERK, RICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

FILED
OCT 02 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> RUTH BECK, Revenue Officer, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> KATHY M. CRAIGHEAD, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C:06-4663-MJJ <br> (Related Case) No.  C:06-4664-MJJ <br><br> APPLICATION FOR [PROPOSED] <br> ORDER OF DISMISSAL |

Petitioners, United States of America and Ruth Beck, Revenue Officer, hereby advise the

Court that respondents, Kathy M. Craighead and Donald Craighead, have complied with the

Internal Revenue Service summonses and request that these two related actions be dismissed

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

KEVIN V. RYAN
United States Attorney

Dated:  September 27, 2006

CYNTHIA STIER
Assistant United States Attorney
Tax Division

Application for [Proposed] Order of Dismissal,
US v. Craighead, 06-4663-MJJ and
US v. Craighead, 06-4664-MJJ (Related Case)

1

**ORDER**

2

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of

3

Civil Procedure, these related actions are hereby dismissed.

4

5

6

**ORDERED** this _____ day of _October_ _____, 2006, at San Francisco,

7

California.

8

9

10

MARTIN J. JENKINS

11

United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for [Proposed] Order of Dismissal,
US v. Craighead, 06-4663-MJJ and
US v. Craighead, 06-4664-MJJ (Related Case)